UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

FILED
JAN X 3 2008
Jan 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Xiang Chen, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | 08cv59 |
| ) | Judge BUCKLO |
| ) | Mag. Judge ASHMAN |
| **Michael Chertoff**, Secretary of the ) | |
| Department of Homeland Security; ) | |
| **Emilio T. Gonzalez**, Director of U.S. ) | |
| Citizenship and Immigration Services; ) | |
| **Gerard Heinauer**, Director of the ) | |
| Nebraska Service Center of U.S. Citizenship ) | |
| and Immigration Services; ) | |
| **Robert S. Mueller, III**, Director of ) | |
| Federal Bureau of Investigation; ) | |
| ) | |
| **Defendants** ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT

## FOR WRIT IN THE NATURE OF

## MANDAMUS & DECLARATORY JUDGEMENT

1

Now comes the Plaintiff, Xiang Chen, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed on behalf of the Plaintiff, Xiang Chen. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiff's detriment.

## PARTIES

2. Plaintiff, Xiang Chen, resides at 4706 Arbor Dr., APT 307, Rolling Meadows, IL 60008, alien number A094 993 254, is the primary applicant of an I-485, Application to Register Permanent Residence or to Adjust Status along with his wife as the derivative beneficiary, filed with the USCIS, Nebraska Service Center on or about December 7, 2006.

3. Defendant **Michael Chertoff** is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship and Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant **Emilio T. Gonzalez** is the Director of the U.S. Citizenship and Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §

103.1(g)(2)(ii)(B).

5. Defendant **Gerard Heinauer** is the Director of Nebraska Service Center of the U.S. Citizenship and Immigration Services (USCIS), generally charged with authority over operations of the USCIS within his district with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B). As will be shown, Defendant is an official with whom Plaintiff's application to Register Permanent Residence or to Adjust Status was properly filed.

6. Defendant **Robert S. Mueller, III**, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State and the Department of Homeland Security. As will be shown, Defendant has failed to complete the background check of Plaintiff's case.

## JURISDICTION

7. Jurisdiction in this case is proper under 28 USC § 1331 and 1361, 5 USC § 701 et seq., and 28 USC § 2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

8. Venue is proper in this court, pursuant to 28 USC § 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## EXHAUSTION OF REMEDIES

9. The plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent Residence or to Adjust Status.

## CAUSE OF ACTION

10. The Plaintiff properly filed an I-485 application, Application to Register Permanent Residence or to Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act.

11. This petition, along with supporting documentation, was filed with Nebraska Service Center of USCIS on or about December 7, 2006. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS. Fingerprints were submitted to the USCIS on January 2, 2007.

12. On August 6, 2007, the Plaintiff was informed by Senator Barack Obama's office that an inquiry was submitted to the Nebraska Service Center of the USCIS on his FBI background check after help was sought from Senator Barack Obama. On September 12, 2007, the Plaintiff received a letter from Senator Barack Obama's office saying that USCIS has made no decision because FBI background check continues to pend. Attached hereto as **Exhibit B.**

13. On November 27, 2007, the Plaintiff called Nebraska Service Center and was told that the FBI has not completed his background check, which started shortly after the I-485 application was received at USCIS. The Plaintiff was also told that USCIS cannot make a decision without clearance of background check from FBI.

14. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been 13 months since the Plaintiff's I-485 application was filed.

15. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

16. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the

petition, thereby depriving him of the rights to which the Plaintiff is entitled.

17. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Specifically, Plaintiff Xiang Chen, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

18. The Defendants, in violation of the Administrative Procedures Act, 5 USC § 701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

19. The Plaintiff has provided sufficient evidence of his attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiff has been forced to pursue the instant action.

## PRAYER

20. WHERRFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    a) requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;

    b) requiring Defendants to provide the Plaintiff with a Notice of Approval;

    c) granting such other relief at law and in equity as justice may require.

Respectfully submitted,

*[signature]*

Xiang Chen

**PRO SE**

4706 Arbor Dr. APT 307

Rolling Meadows, IL 60008

Telephone (312) 7316391

Email: xiang_chen25@hotmail.com

# Exhibits of Xiang Chen's Civil Case (Pro Se)

**Exhibit A**: Copy of Receipt of I-485 from USCIS

**Exhibit B**: Copy of letter from Senator Barack Obama's office

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| LIN-07-050-51673 | | |
| **RECEIVED DATE** December 7, 2006 | **PRIORITY DATE** | **APPLICANT** A094 993 254 CHEN, XIANG |
| **NOTICE DATE** December 8, 2006 | **PAGE** 1 of 1 | |

RODNEY A. MALPERT
LITTLER MENDELSON PC
3003 N CENTRAL AVE SUITE 700
PHOENIX AZ 85012

Notice Type: Receipt Notice

Amount received: $ 395.00
Section: Adjustment as direct
beneficiary of immigrant
petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 01/31/05) N

BARACK OBAMA
ILLINOIS

COMMITTEES:

HEALTH, EDUCATION, LABOR AND PENSIONS

HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

FOREIGN RELATIONS

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

September 12, 2007

Mr. Xiang Chen
4706 Arbor Drive Apt. 307
Rolling Meadows, Illinois 60008

Dear Mr. Chen:

Thank you for your correspondence requesting an update on your name check process with the Federal Bureau of Investigations (FBI). At this time, USCIS has informed us that no decision can yet be rendered on your petition because the FBI security name check continues to pend. Our office is able to check with USCIS every 90 days to see if they have received a response from the FBI. Please contact me in December 2007 if you would like me to intitiate another inquiry with USCIS.

Since 2002, U.S. Citizenship and Immigration Services (USCIS) has increased the number and scope of relevant background checks, processing millions of security checks within a short timeframe. However, in some cases, constituents have waited a year or longer for the adjudication of their petition due to pending security checks.

While the percentage of applicants who find themselves in this situation is small, Senator Obama is aware that the additional delay and uncertainty can cause great anxiety and inconvenience. He has sponsored legislation to assist in reducing the processing times for immigration applications. The comprehensive immigration reform bill that passed the Senate last year included an amendment sponsored by Senator Obama providing $15 million to the FBI to improve the speed and accuracy of the background and security checks conducted on behalf of USCIS.

Additionally, earlier this year, Senator Obama introduced the Citizenship Promotion Act of 2007 that will further assist legal immigrants on the path to U.S. citizenship by encouraging USCIS to charge fair and reasonable fees and, also, remove other potential bureaucratic hurdles in the naturalization process.

I am told that the FBI and USCIS are working as quickly as they can, and I assure you that Senator Obama is doing everything possible to greater facilitate the process for individuals in your situation. Thank you for your patience and understanding. If you have additional information or concerns relative to this matter, please do not hesitate to contact me at 312-886-3506.

Sincerely,

Jenna Pilat
Constituent Services Agent

**WASHINGTON OFFICE**
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

**CHICAGO OFFICE**
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

**SPRINGFIELD OFFICE**
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

**MARION OFFICE**
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

**MOLINE OFFICE**
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233