08cv59
Judge BUCKLO
Mag. Judge ASHMAN

**FILED**
J.N
JAN X 3 2008
Jan 3, 2008
LITIGANTS  MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: XIANG CHEN (PRO SE)
(Please print)

STREET ADDRESS: 4706 Arbor Dr. APT 307

CITY/STATE/ZIP: Rolling Meadows, IL 60008

PHONE NUMBER: 312-731 6391

CASE NUMBER: _____

_____          01/03/08
Signature                                Date