## United States District Court for the Northern District of Illinois

Case Number: 08CV59         Assigned/Issued By: J. N.

Judge Name: BUCKLO         Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*   ☑ $350.00     ☐ $39.00     ☐ $5.00
               ☐ IFP         ☐ No Fee     ☐ Other _____
               ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 1116116

Date Payment Rec'd: 1-3-08               Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

5  Original and  5  copies on  1-3-08  as to  U.S. ATTNY OFFICE;
                                (Date)
MICHAEL CHERTOFF; EMILIO T. GONZALEZ; GERARD HEINAUER; ROBERT S. MUELLER, III