

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Xiang Chen

CASE NUMBER: **08C 0059**

V.

ASSIGNED JUDGE: **JUDGE BUCKLO**

Michael Chertoff, Secretary of the Dept. of Homeland Security; Emilio T. Gonzalez, Director of USCIS; Gerard Heinauer, Director of USCIS Nebraska Service Center; Robert S. Mueller, III, Director of FBI

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services (USCIS)
Department of Homeland Security
Office of the General Counsel
Mail Stop 3650
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Chen (Pro Se)
4706 Arbor Dr. APT 307
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN X 3 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | | DATE 01/04/2008 |
| NAME OF SERVER (PRINT) XIANG CHEN | | TITLE Plaintiff |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via USPS certified mail, return receipt requested

*FILED JAN 3 1 2008 PH — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.11 | TOTAL $6.11 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/04/2008
          Date

Signature of Server

4706 Arbor Dr. APT 307, Rolling Meadows, IL 60008
Address of Server

FILED
JAN 3 1 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 3020 0002 8639 4920
Status: **Delivered**

Your item was delivered at 7:36 AM on January 14, 2008 in WASHINGTON, DC 20528.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[ ] ( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

