

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Xiang Chen

CASE NUMBER: **08C    0059**

ASSIGNED JUDGE:

V.

Michael Chertoff, Secretary of the Dept. of Homeland
Security; Emilio T. Gonzalez, Director of USCIS; Gerard
Heinauer, Director of USCIS Nebraska Service Center; Robert
S. Mueller, III, Director of FBI

DESIGNATED
MAGISTRATE JUDGE: *JUDGE BUCKLO*

*MAGISTRATE JUDGE ASHMAN*

TO: (Name and address of Defendant)

Robert S. Mueller, III, Director
Federal Bureau of Investigations (FBI)
Office of the General Counsel
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Chen (Pro Se)
4706 Arbor Dr. APT 307
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN X 3 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01/04/2008 | |
| NAME OF SERVER *(PRINT)*  XIANG CHEN | TITLE Plaintiff | |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

**X**  Other (specify):  via USPS certified mail, return receipt requested

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $6.11 | TOTAL  $6.11 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/04/2008
          Date           Signature of Server

F I L E D    4706 Arbor Dr. APT 307, Rolling Meadows, IL 60008
                        Address of Server

JAN 3 1 2008 *H*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 1 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 3020 0002 8639 4890
Status: **Delivered**

Your item was delivered at 3:15 AM on January 10, 2008 in
WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

