AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Xiang Chen

CASE NUMBER: **08C 0059**

V.

ASSIGNED JUDGE: **JUDGE BUCKLO**

Michael Chertoff, Secretary of the Dept. of Homeland Security; Emilio T. Gonzalez, Director of USCIS; Gerard Heinauer, Director of USCIS Nebraska Service Center; Robert S. Mueller, III, Director of FBI

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Gerard Heinauer, Director
Nebraska Service Center, U.S. Citizenship and Immigration Services (USCIS)
Department of Homeland Security
Office of the General Counsel
Mail Stop 3650
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Chen (Pro Se)
4706 Arbor Dr. APT 307
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN X 3 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me [1] | DATE 01/04/2008 |
| NAME OF SERVER *(PRINT)* XIANG CHEN | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via USPS certified mail, return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.11 | TOTAL $6.11 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/04/2008
              Date

Signature of Server

Address of Server: 4706 Arbor Dr. APT 307, Rolling Meadows, IL 60008

JAN 31 2008
FILED
JAN 3 1 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 3020 0002 8639 4883
Status: Delivered

Your item was delivered at 11:16 AM on January 7, 2008 in WASHINGTON, DC 20528.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.11   01/04/2008 |

Sent To: Gerard Heinauer, Director
Street, Apt. No. or PO Box No.: Office of the General Counsel, Mail Stop 2650
City, State, ZIP+4: Washington, DC 20528

7007 3020 0002 8639 4883

PS Form 3800, August 2006    See Reverse for Instructions