UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XIANG CHEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0059 |
| | ) | |
| v. | ) | |
| | ) | Judge Bucklo |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Gina E. Brock
   GINA E. BROCK
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-7919
   Gina.Brock@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on February 13, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

>
> s/ Gina E. Brock
> GINA E. BROCK
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-7919